FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
5/19/2025
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

PEAK API LENDING, LLC )
)
) **CIVIL ACTION FILE NUMBER:**
Plaintiff, )
) **25-mc-48-CNS**
v. )
)
BRIGHT PATH LABORATORIES, INC. )
)
) *Document filed Electronically*
Defendant. )
)

## MOTION TO CONFIRM ARBITRATION AWARD AND FOR ENFORCEMENT OF THE AWARD AS A CIVIL JUDGEMENT

COMES NOW, Plaintiff, Peak API Lending, LLC ("Peak"), by and through the undersigned counsel, hereby respectfully move this Court to confirm the arbitration award issued by the Judicial Arbitration and Mediation Services ("JAMS") in favor of the Movant. This motion is made pursuant to the Federal Arbitration Act (FAA) 9 USC §1 *et. seq.* and USCS Fed Rules Civ Proc R 65, Injunctions and Restraining Orders. Additionally, Plaintiff makes this motion under Colorado law related to arbitration per C.R.S. §§ 13-22-213 and 13-22-222.

Under the FAA, specifically 9 U.S.C. § 9, this Court must confirm an arbitration award unless it is vacated, modified, or corrected as prescribed in 9 U.S.C. §§ 10 and 11.

1. The grounds for vacating, modifying, or correcting an arbitration award are extremely limited. The Court may only vacate an award in specific instances outlined in 9 U.S.C. § 10, such as fraud, corruption, arbitrator misconduct, or where the arbitrators exceeded their powers.

2. Additionally, the Tenth Circuit recognizes a judicially-created basis for vacating an award when arbitrators act in manifest disregard of the law, which requires a showing that the arbitrators knew the law and explicitly disregarded it.

3. In this case, none of the statutory grounds for vacating, modifying, or correcting the award are present, nor is there any evidence of manifest disregard of the law by the arbitrators.

4. Therefore, pursuant to the FAA and the limited grounds for review of arbitration awards, this Court should confirm the arbitration award issued by JAMS in favor of Plaintiff Peak.

5. Plaintiff's counsel has attempted to work directly with Defendant's counsel to discuss resolution of this matter and has reached out on multiple occasions with no response.

6. Plaintiff's counsel also notified Defendant's counsel for purposes of the arbitration matter that she was going to file this Motion and, again, received no response.

7. The Agreement between the parties that included the original arbitration clause is attached as Exhibit A and the arbitration clause begins on page 3.

8. The Final Arbitration Award is attached as Exhibit B and the final award is detailed on page 8.

WHEREFORE, Peak, respectfully requests that this Court:

A) Confirm the arbitration award issued by JAMS on January 27, 2025 in favor of Peak API Lending, LLC in the amount of $282,128 in damages plus $41,814.33 in attorney fees and $9,152.52 in costs for a total award of $333,094;

B) Award attorney fees and costs to undersigned counsel for post-Final Award legal work, including attempts to reach out to Defendant's counsel and preparing and filing this motion and court costs associated with filing this action;

B) Enter judgment in accordance with the confirmed arbitration award;

C) Enter Enforcement of the Final Award as a Civil Judgement; and

C) Grant such other and further relief as this Court deems just and proper.


Respectfully submitted,

_____
Jennifer M. McCallum, Ph.D., Esq.
(jennifermccallum@mccallumlaw.net)
The McCallum Law Firm PC
685 Briggs Street, P.O. Box 929
Erie, Colorado 80516
Telephone Number: (303) 828-0655
Atty. Reg. #: 33238

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2025 a copy of the foregoing document was duly served upon Defendant, in the manners indicated below:

- Via First Class Mail with return receipt to 150 N. Research Campus Drive, Kannapolis, NC 28081
- Via Electronic Mail to the corporate notice address at info@BrightPathLabs.com
- Via Electronic Mail to counsel for the arbitration proceeding
> ccarter@daviscarterlaw.com
> mdavis@daviscarterlaw.com

/ s/ Jennifer M. McCallum

The McCallum Law Firm PC
303-828-0655
Physical Address:
685 Briggs Street
Erie, CO 80516
Mailing Address:
P.O. Box 929
Erie, CO 80516
www.McCallumLaw.net