**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| PEAK API LENDING, LLC | ) |
| | ) |
| | ) **CIVIL ACTION FILE NUMBER:** |
| Plaintiff, | ) |
| | ) **25-mc-48-CNS** |
| v. | ) |
| | ) |
| BRIGHT PATH LABORATORIES, INC. | ) |
| | ) |
| | ) *Document filed Electronically* |
| Defendant. | ) |
| | ) |

[PROPOSED] ORDER TO CONFIRM ARBITRATION AWARD AND FOR ENFORCEMENT
OF THE AWARD AS A CIVIL JUDGEMENT

Pending before the Court is a Motion to Confirm an Arbitration Award and for Enforcement of the Award as a Civil Judgment. After reviewing the Motion, the record and the applicable law, the Court is of the opinion that the relief requested should be granted. It is SO ORDERED that

A) The arbitration award issued by JAMS on January 27, 2025 in favor of Peak API Lending, LLC in the amount of $282,128 in damages plus $41,814.33 in attorney fees and $9,152.52 in costs for a total award of $333,094 is confirmed.

B) Award attorney fees and costs to undersigned counsel for post-Final Award legal work, including attempts to reach out to Defendant's counsel and preparing and filing this motion and court costs associated with filing this action;

B) Judgment in accordance with the confirmed arbitration award is entered;

C) Enforcement of the Final Award as a Civil Judgement is entered; and

C) Other and further relief as this Court deems just and proper is entered.

Signed this _____ of _____, 2025.

_____
**United States District Judge**