

# U.S. District Court

## District of Colorado

Receipt Date: May 21, 2025 8:47AM

JEN M. MCCALLUM
ERIE, CO 80516

Rcpt. No: 114314                Trans. Date: May 21, 2025 8:47AM                Cashier ID: #AR (6669)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 205 | Miscellaneous Filing Fees | 25MC48 | 1 | 52.00 | 52.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $52.00 |
| | | Total Due Prior to Payment: | $52.00 |
| | | Total Tendered: | $52.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments**: 25-mc-48-CNS Filing Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.