**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-mc-00048-CNS

PEAK API LENDING, LLC

        Plaintiff,

    v.

BRIGHT PATH LABORATORIES, INC.

        Defendant

SUPPLEMENT TO  MOTION TO CONFIRM ARBITRATION AWARD

Plaintiff herein supplements its Motion to Confirm Arbitration Award and for Enforcement of the Award as a Civil Judgment per the Request of the Court in its Minute Order dated June 23, 2025.  In this Minute Order, the Court requested Plaintiff supplement its Motion within 10 days of the Order by filing the following information:

1.  The specific attempts it had made to provide notice to Defendant of its motion and application;  and

2.  A supplement regarding the fees and costs it had incurred within 10 days of the Order.

Herein, Plaintiff responds to the Court's requests.

Specific Attempts To Provide Notice to Defendant

Plaintiff reached out via email to counsel for Defendant during the arbitration itself on April 24, 2025.  Exhibit A is a true copy of the email and the text itself is included below:

*Carla and Michael,*
*I wanted to reach out before filing to enforce the JAMS arbitration award to see if either or both of you wanted to work together to come up with an offset on the Final Award with payment to my client.  I can make time today or tomorrow if that works for either of you.  I have everything ready to file but am happy to work informally outside of the court, directly with you to get my client paid in full.*

Both counsel were again emailed on May 21, 2025 with copies of the filed Motion and Proposed Order.  Please see Exhibit B.

Plaintiff's counsel then called the registered agent for Defendant and was assured it would accept service by email.  Plaintiff then emailed the registered agent on May 21, 2025 and received written confirmation of receipt the same day.  The registered agent also confirmed they had forwarded the filed pleadings to the Company contact.  Please see Exhibit C.

Fees and Costs Incurred Within 10 days of Court's Order

Plaintiff herein provides an invoice detailing the legal fees and costs incurred within ten (10) days of the Court's Order (from June 13th through July 3rd) in the amount of $4,080 for time and $52 for the filing fee in this matter.  The filing fee receipt is already in the record as DE 1-4 filed May 21, 2025.  Please see Exhibit D for a full invoice.

Concluding Remarks

Plaintiff respectfully requests this Court grant its Proposed Order.  If questions remain, undersigned counsel remains available to discuss any of the above in a hearing or via an additional Supplemental request.

Respectfully submitted

Jennifer M. McCallum, Ph.D., Esq.
(jennifermccallum@mccallumlaw.net)
The McCallum Law Firm PC
685 Briggs Street, P.O. Box 929
Erie, Colorado 80516
Telephone Number: (303) 828-0655
Atty. Reg. 33,238