## RE: Final Arbitration Award  `External`  Inbox ×

✦ Summarize this email

**Jennifer McCallum** <jennifermccallum@mccallumlaw.net>                                                Thu, Apr 24, 3:38 PM   ☆   ↩   ⋮
to Carla, Michael, me ▾

Carla and Michael:

I wanted to reach out before filing to enforce the JAMS arbitration award to see if either or both of you wanted to work together to come up with an offset on the Final Award with payment to my client.  I can make time today or tomorrow if that works for either of you.  I have everything ready to file but am happy to work informally outside of the court directly with you to get my client paid in full.

Thank you.


Best regards,

Jennifer

Jennifer McCallum, Ph.D., Esq.
Patent Attorney
303-828-0655
Physical Address:
685 Briggs Street
Erie, CO 80516
Mailing Address:
P.O. Box 929
Erie, CO 80516
www.McCallumLaw.net


THE MCCALLUM LAW FIRM, P.C.
*"A woman-owned fully-integrated intellectual property law firm with a 20+ year history specializing in assisting technology or financial clients with their Intellectual Property and business needs whether they be litigation, licensing, regulatory approvals or financial transactions, such as acquisitions, mergers, large-scale funding events or global expansion of markets."*
