**Gmail**

Jennifer McCallum <jennifermccallum@mccallumlaw.net>

---

## RE: Peak API Lending v Bright Path Laboratories

---

**Jennifer McCallum** <jennifermccallum@mccallumlaw.net>                    Wed, May 21, 2025 at 1:10 PM
To: Carla Carter <ccarter@daviscarterlaw.com>, Michael Davis <mdavis@daviscarterlaw.com>
Cc: Nelson Pulido <npulido@mccallumlaw.net>

Carla and Michael:

Please see attached.

Best regards,

Jennifer

Jennifer McCallum, Ph.D., Esq.
Patent Attorney
303-828-0655
<u>Physical Address:</u>
685 Briggs Street
Erie, CO 80516
<u>Mailing Address:</u>
P.O. Box 929
Erie, CO 80516
www.McCallumLaw.net

THE MCCALLUM LAW FIRM, P.C.

*"A woman-owned fully-integrated intellectual property law firm with a 20+ year history specializing in assisting technology or financial clients with their Intellectual Property and business needs whether they be litigation, licensing, regulatory approvals or financial transactions, such as acquisitions, mergers, large-scale funding events or global expansion of markets."*

CONFIDENTIALITY NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via email at mail@mccallumlaw.net or by telephone at 303-828-0655 and destroy the original transmission and its attachments without reading or saving in any manner – Thank You.

PDF DISCLAIMER: The PDF or Microsoft Word document(s), attached to this email, if any, may only be modified with our express written consent. Accordingly, any alterations, additions, or deletions to the same are hereby rejected absent said written consent. By executing the document(s), you are agreeing to the terms as stated in the attached document(s), without regard to any unauthorized alterations, additions or deletions that may be made to the document(s).

---

**2 attachments**

**25-5-15 Proposed Order..pdf**
105K

**25-5-14 Motion to Enforce Arbitration Award.pdf**
166K