## Re: Bright Path Laboratories, Inc. - Service of Litigation Pleadings  `External`  Inbox ×   ⌄  🖨  ☒

✦ Summarize this email

 **Jennifer McCallum**                    📎 May 21, 2025, 2:22 PM  ☆  ↩  ⋮
to mail@delawareinc.com, me ▾

To Whom It May Concern at Harvard Business Services, Inc:

This email is to serve as formal service of the attached litigation pleadings.  Please confirm receipt of the same for purposes of the Certificate of Service. The Delaware Division of Corporations has your name listed as the registered agent and I called and spoke to a gal who said you accept service via email.  Please confirm receipt and/or feel free to call me with any questions.

Thank you very much for your assistance with this matter.

Best regards,

Jennifer

Jennifer McCallum, Ph.D., Esq.
Patent Attorney
303-828-0655
Physical Address:
685 Briggs Street
Erie, CO 80516

**4 Attachments** · Scanned by Gmail ⓘ                                    ⤓  ☒



📄 **25-5-14 Motion to Enforce Arbitration Award.pdf**
166 KB
⤓ ☁

📄 **25-5-15 Proposed...**

📄 **Final Award[38].p...**

📄 **23-1-26 EXECUTE...**

 **Harvard Mail Team** <mail@delawareinc.com>          May 21, 2025, 2:47 PM  ☆  ↩  ⋮
to Jennifer, me ▾

Hello,

The service has been forwarded to the communications contact on record for the company.  Please let us know if you have any further questions.
*In observance of Memorial Day, our office will be closing at noon on Friday, May 23rd and will be closed Monday, May 26th.  We will re-open on Tuesday, May 27th with regular hours.*
Sincerely,

Mrs. Lisa Kline
Harvard Business Services, Inc.
16192 Coastal Highway