

# The McCallum Law Firm, PC

685 Briggs Street
PO Box 929
Erie, CO 80516
USA
kaltman@mccallumlaw.net
www.mccallumlaw.net

# INVOICE

| | |
|---|---|
| Number | 1817 |
| Issue Date | 7/2/2025 |
| Due Date | 8/1/2025 |
| Matter | 08 - JAMS - Arbitration with Bright Path Labs |
| Email | brian@6angels.com |

## Bill To:

007463 - Peak API Lending LLC

Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (other outside counsel)**<br>4/24/2025<br>Reached out to Carla Carter and Michael Davis as counsel for Bright Path Labs. | Jennifer M. McCallum | $425.00 | 0.10 | $42.50 |
| **Review/analyze**<br>5/19/2025<br>Reviewed Arbitration Award and various information related to same. Began preparing Motion to Enforce Arbitration Award. | Jennifer M. McCallum | $425.00 | 3.75 | $1,593.75 |
| **Review/analyze**<br>5/20/2025<br>Reviewed Motion and finalized for filing Wednesday. Organized supporting documentation. | Jennifer M. McCallum | $425.00 | 1.25 | $531.25 |
| **Filing**<br>5/21/2025<br>Reviewed, edited and finalized Motion, Proposed Order and all supplemental material for filing with court. Filed same. Communicated with client regarding same. | Jennifer M. McCallum | $425.00 | 1.50 | $637.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>5/21/2025<br>Called and talked to registered agent for Defendant and confirmed receipt of filed material with same. Also confirmed material had been transferred directly to the company contact. | Jennifer M. McCallum | $425.00 | 0.50 | $212.50 |
| Draft/revise<br>7/2/2025<br>Reviewed Minute Order and drafted Supplement to original Motion to Enforce Arbitration Award including all requested information. Finalized and filed same. Communicated with client regarding same. | Jennifer M. McCallum | $425.00 | 2.50 | $1,062.50 |
| | | **Time Entries Total** | **9.60** | **$4,080.00** |

Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Uncategorized<br>5/21/2025<br>Colorado District Court Filing Fee | Jennifer M. McCallum | $52.00 | 1.00 | $52.00 |
| | | **Expenses Total:** | **1.00** | **$52.00** |

| | |
|---|---|
| Total (USD) | $4,132.00 |
| Paid | $0.00 |
| Balance | $4,132.00 |