IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00048-CNS

PEAK API LENDING, LLC,

     Plaintiff,

v.

BRIGHT PATH LABORATORIES, INC.,

     Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 4] of United States District Judge Charlotte N. Sweeney entered on July 23, 2025, it is

ORDERED the arbitrator's final award of $333,094.85 is CONFIRMED. It is further

ORDERED that Attorney's fees and costs for the confirmation proceeding in the amount of $4,132.00 are awarded to Plaintiff. It is further

ORDERED that judgment shall enter in favor of Plaintiff in the amount of $333,094.85, plus $4,132.00 in attorney's fees and costs, and against Defendant. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 23rd day July 2025.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ R. Villa
     Deputy Clerk